DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MORALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-69

[April 6, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 04-6537CF10B.

Jose Morales, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***